# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| STEPHEN WENDELL SMYTHE, ) <br>     Petitioner, ) <br> vs. ) <br> CRAIG FARWELL, *et al.*, ) <br>     Respondents. ) | 3:04-cv-00462-LRH-RAM <br><br> **ORDER** |

By order filed February 14, 2008, this Court denied petitioner's application for a certificate of appealability. (Order, at Docket #49). The Court directed the Clerk to send a copy of the order denying the application for a certificate of appealability to the Ninth Circuit Court of Appeals. (Docket #49, at p. 3). The motion for a certificate of appealability shall be construed as a Notice of Appeal and by this order, the Clerk will be directed to transmit the appeal to the Ninth Circuit Court of Appeals.

**IT IS THEREFORE ORDERED** that petitioner's Motion for a Certificate of Appealability (Docket #48) is **CONSTRUED AS A NOTICE OF APPEAL**.

**IT IS FURTHER ORDERED** that the Clerk **SHALL TRANSMIT THE APPEAL**, along with a copy of this order, to the United States Court of Appeals for the Ninth Circuit.

DATED this 26th day of February, 2008.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE